UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PIPE HITTERS UNION, LLC, | : | |
| *PLAINTIFF* | : | |
| | : | CIVIL ACTION NO. 1:20-CV-167-RP |
| v. | : | |
| | : | |
| PIPE HITTERS UNION MC, LLC, | : | |
| *DEFENDANT* | : | |

## ORDER GRANTING PLAINTIFF'S MOTION TO OVERRULE OBJECTIONS AND COMPEL RESPONSES

After considering Plaintiff Pipe Hitters Union, LLC's Motion to Overrule Objections and Compel Responses to Discovery; related filings; all other evidence on file; and any arguments of counsel, the Court **GRANTS** Plaintiff's motion. The Court therefore **ORDERS**:

1. Defendant's General Objections and specific objections to Interrogatories 1–15 and Requests for Production Nos. 1–23 are overruled.

2. Defendant to supplement its written responses and provide all information and documents responsive to the requests within ten days of this Order.

3. Defendant to pay Plaintiff's reasonable attorney's fees and costs in making this Motion, and Plaintiff shall within ten days of the date of this Order, submit his fees and costs, descriptions of time billed, analysis of lodestar factors, and support for the reasonableness of the fees and costs.

Signed on _____, 2023.

_____
HON. ROBERT PITMAN